UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. **00-6083** MAGISTRATE JUDGE
SNOW
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2    CR-ROETTGER

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
v.                           )
                             )
MICHAEL SUTTON,              )
                             )
            Defendant.       )
_____)

INDICTMENT

The Grand Jury charges that:

On or about June 9, 1999, at Broward County, in the Southern District of Florida, the defendant,

MICHAEL SUTTON,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and



substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

           A TRUE BILL

           _____
           FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO. _____

v.

MICHAEL SUTTON                              **CERTIFICATE OF TRIAL ATTORNEY***
_____
                                            **Superseding Case Information**:

**Court Division:** (Select One)            New Defendant(s)        Yes ___   No ___
                                            Number of New Defendants       ___
___ Miami    ___ Key West                   Total number of counts         ___
_X_ FTL    ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __No__
   List language and/or dialect    __English__

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_             Petty      ___
   II   6 to 10 days      ___             Minor      ___
   III  11 to 20 days     ___             Misdem.    ___
   IV   21 to 60 days     ___             Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? _X_ Yes ___ No

                                        _____
                                        LAURENCE M. BARDFELD
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Bar No. 712450

*Penalty Sheet(s) attached                                        REV.4/7/99
N:\udd\lbardfel\sutton\suttonpackage

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: MICHAEL SUTTON        No.:_____

Count # I:

Possession With Intent to Distribute Cocaine; in violation of 18 U.S.C. 841 (a)(1) and 21 U.S.C. 2

*Max Penalty: Forty (40) years' mandatory maximum; Five (5) years' mandatory minimum; $2,000,000 fine

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96