AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD; SPECIAL AGENT JOHN CORBIN (954) 921-3513

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

MICHAEL SUTTON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6083-CR-ROETTIGER / SNOW

FILED by ___ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __MICHAEL SUTTON__
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Possession With Intent to Distribute Cocaine,

in violation of Title __18;21__ United States Code, Section(s) __841(a)(1) and 2__

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

March 30, 2000, Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_
by Lurana S. Snow, United States Chief Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |