COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MICHAEL SUTTON (J)      CASE NO: 00-6083-CR-ROETTGER
AUSA: BARDFELD  *pres*         ATTY: *Bernardo Lopez*
AGENT: _____                  VIOL: 21:841
PROCEEDING I/A ON INDICTMENT   RECOMMENDED BOND 100,000 PSB
BOND HEARING HELD - yes/no     COUNSEL APPOINTED *FPD*
    BOND SET @ 100,000 PSB
    SPECIAL CONDITIONS:
1) To be cosigned by: *family member by 4-5*
2) Rpt to PTS / x's a (wk)/month by phone; / x's a wk/(month) in person
3) Travel extended to:

*Advised of charges - Sworn for apptmt of counsel*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:                  ✓
                         STATUS CONF:   4-17    11    B-55

Date: 3/31/00   Time 11:30   FTL/LSS TAPE #00- 018   Begin: 3160   End: 3539

3/DM