AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD; SPECIAL AGENT JOHN CORBIN (954)921-3513

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

MICHAEL SUTTON

## WARRANT FOR ARREST

CASE NUMBER:

CR-ROETTIGER
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MICHAEL SUTTON
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Possession With Intent to Distribute Cocaine,

in violation of Title 18;21 United States Code, Section(s) 841(a)(1) and 2

CLARENCE MADDOX                              COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                      Title of Issuing Officer

[signature]                                   March 30, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer                 Date and Location

                                             by [signature] Lurana S. Snow, United States Chief Magistrate Judge
Bail fixed at $ 50,000 Corporate Surety Bond    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED 3/30/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/31/2000 | FOR: FBI | Fred Depompa, SDUSM |