UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6083-CR-ROETTGER

UNITED STATES OF AMERICA

vs

MICHAEL SUTTON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 31, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY_____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____FEDERAL PUBLIC DEFENDER_____

                    Address:_____

                    Telephone:_____

BOND SET:           $_____100,000 PERSONAL SURETY_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this__31ST__ day of __MARCH_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __00-018_____

cc: Copy for Judge
    U. S. Attorney