UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # ~~00760083~~ 55255-004

UNITED STATES OF AMERICA          )
                        Plaintiff )    Case Number: CR 00-6083-CR-NCR
                                  )    REPORT COMMENCING CRIMINAL
          -vs-                    )              ACTION
                                  )
MICHAEL SUTTON                    )
                    Defendant

FILED BY ___ D.C.
APR -3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)   Date and Time of Arrest: 3/31/00          8:50 (am)/pm

(2)   Language Spoken: ENGLISH

(3)   Offense(s) Charged: POSSESSION WITH INTENT TO
                          DISTRIBUTE COCAINE

(4)   U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5)   Date of Birth: 4/27/67

(6)   Type of Charging Document:  (check one)
      [X] Indictment  [ ] Complaint  To be filed/Already filed
      Case# 00-6083

      [ ] Bench Warrant for Failure to Appear
      [ ] Probation Violation Warrant
      [ ] Parole Violation Warrant

      Originating District: SOUTHERN DISTRICT OF FLORIDA

      COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES [ ] NO

Amount of Bond: $100,000 PERSONAL ASSURITY
Who set Bond: L. SNOW

(7)   Remarks:

(8)   Date: 3/31/00          (9) Arresting Officer: SA JOHN CORBIN

(10)  Agency: FBI                (11) Phone: (954)921-3513

(12)  Comments: