U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Michael Sutton (no deft)   CASE NO: 00-6083-CR-Roettger
AUSA: Larry Bardfeld *present*   ATTNY: FPD _Smargo for Day_
AGENT: ___   VIOL: ___
PROCEEDING: Status Conference   BOND REC: ___

FILED by ___ D.C.
APR 17 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
(2) ___ Halfway House ___
    ___ Electronic Monitoring ___

Discovery out
2-3 days to try
no motions
Govt ready

NEXT COURT APPEARANCE:   DATE: ___   TIME: ___   JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 4-17-00   TIME: 11:00am   TAPE # 00-0029   PG # 6
751-772

14/BM