HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6083-CR-NCR  Date: 5/30/00
Courtroom Clerk: F. Hart  Court Reporter: Reeves
Probation Officer: _____  Interpreter: _____

Plaintiff(s): U.S.A.  Counsel: Garfield

Defendant(s): M Sutton  Counsel: D. Day

Reason For Hearing: C. Plea

Result of Hearing/Judgment: D plead & adj as guilty. PSI ordered. Bond cont. Sent set Aug 31, 2000 at 1:30 PM

Misc.: _____