UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs

CASE NO 00-6083-CR-NCR

Michael Sutton

NOTICE OF SENTENCING DATE

TO  DEFENDANT, DEFENSE COUNSEL  AND U S  ATTORNEY S OFFICE

By the direction of the Honorable _Norman C. Baltger_ United States District Judge  YOU  ARE  HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on _Thu_   _Aug. 31_   20 _00_   at _1:30 P_   M. for imposition of sentence. On that date, report to the U S  Courthouse  Courtroom _205 - B_   , 299 East Broward Blvd , Ft. Lauderdale, FL  33301, where sentence will be imposed  You will receive no further notice

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec 3146) which carries a maximum sentence of up to ten (10) years  imprisonment and a fine of $250,000, or both  if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT  IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 299 East Broward Blvd., #409  Federal Building and Courthouse  Fort Lauderdale  Florida  33301

IT IS FURTHER ORDERED that the U S  Attorney's Office immediately provide the U S  Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report

Clerk  United States District Court

BY _____
Courtroom Deputy Clerk

DATE _5/30/00_

COUNSEL _____

RECEIVED _____
(Defendant)

GUILTY PLEA ☒     BOND ☒          TO COUNT(S) _1_
TRIAL ☐          FEDERAL CUSTODY ☐     TO TOTAL COUNTS _____
NOLO PLEA ☐      STATE CUSTODY ☐      ASST  U S  ATTY _Bardfeld_
                 U S M  CUSTODY ☐