HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

SEP 1 2000

## COURT MINUTES

Case No.: 00-6083-CR-NCR    Date: 9/18/00
Courtroom Clerk: P. Hart    Court Reporter: Beevee
Probation Officer: present    Interpreter: ___
Plaintiff(s): U.S.A.    Counsel: Bardfeld

Defendant(s): M. Sutton (13)    Counsel: D. Day

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine imposed 64 mos CA#1, 3 yrs S.R., assessed $100⁰⁰. Rec 500 hr Drug program. Recom: South FL. Exec. of confinement deferred until Nov 6th 2000.

Misc.: ___

21/DM