# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| MICHAEL SUTTON | Case Number: 0:00CR06083-001 |
| | A.U.S.A.-Bardfeld    Timothy Day., Esq., F.P.D. |

**THE DEFENDANT:**

Defendant's Attorney

☒ pleaded guilty to count(s) 1

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession w/intent to distribute cocaine. | 03/31/2000 | 1 |

> Certified to be a true and correct copy of the document on file
> Clarence Maddox, Clerk,
> U.S. District Court
> Southern District of Florida
> By _____ Deputy Clerk
> Date 9/27/00

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 04/29/1967
Defendant's USM No.: 55255-004
Defendant's Residence Address:
3909 S.W. 28th Street

Hollywood                                FL

Defendant's Mailing Address:
3909 S.W. 28th Street

Hollywood                                FL

09/18/2000
Date of imposition of Judgment

Signature of Judicial Officer

**NORMAN C. ROETTGER**
**U.S. DISTRICT COURT JUDGE**
Name & Title of Judicial Officer

19 Sept 2000
Date

DEFENDANT: **MICHAEL SUTTON**
CASE NUMBER: 0:00CR06083-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___64___ month(s)___.

☒ The court makes the following recommendations to the Bureau of Prisons:

**South Florida and the 500 hour Drug Program**

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

    ☒ at ___12:00___ p.m. on ___11/06/2000___.

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 2 p.m. on ___11/06/2000___.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on ___11/6/00___ v/s to ___FBOP___

at ___FCI Miami___, with a certified copy of this judgment.

ED GONZALEZ
WARDEN ~~UNITED STATES MARSHAL~~

By _____
~~Deputy U.S. Marshal~~