PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63377

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **0:00CR6083-001**   (Moreno)

FILED by _____ D.C.

DEC - 8 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Michael Sutton

Name of Sentencing Judicial Officer: Norman C. Roettger, U.S. District Judge, Miami, Florida

Date of Original Sentence: September 18, 2000

Original Offense:   Possession with Intent to Distribute Cocaine, 21 U.S.C. 841(a)(1),

Original Sentence:   Custody of the Bureau of Prisons for sixty-four (64) months, followed by three (3) years supervised release, and $100 special assessment.

Type of Supervision: Supervised Release        Date Supervision Commenced: August 17, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as approved by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment.**



PROB 12B                                                                          SD/FL PACTS No. 63377
(SD/FL 9/96)

# CAUSE

**Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On November 14, 2005, the defendant, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Incorporated.

On November 14, 2005, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories Inc. The defendant admitted to his drug use and signed the admission report on November 17, 2005. Upon being questioned about his use the defendant stated he was under stress due to the recent hurricane and that he would be interested in receiving treatment. The defendant has been sanctioned to complete thirty (30) days of twice weekly testing for cocaine as directed by the Managed Care Manual.

Please find the attached Probation 49, Waiver of Hearing Form, for Your Honor's review. If Your Honor is in agreement with the modification, please indicate below.

                                                            Respectfully submitted,

                                    by     [signature]
                                   for     Frank J. Ardino
                                           U.S. Probation Officer
                                           Phone: 954-769-5643
                                           Date: November 21, 2005

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[✓] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

_____
12/7/06
Date