PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 63377

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **0:00CR06083-001**



### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Michael Sutton

Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, U.S. District Judge, Fort Lauderdale, FL

Name of Judicial Officer: The Honorable Federico J. Moreno, U.S. District Judge, Miami, FL

Date of Original Sentence: September 18, 2000

Original Offense:    Possession w/Intent to Distribute Cocaine, 21 U.S.C. 841(a)(1)

Original Sentence:   Sixty-four (64) months BOP, three (3) years supervised release, $100 special assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: August 17, 2005

Assistant U.S. Attorney: Laurence M. Barfeld      Defense Attorney: Timothy Day

---

## PETITIONING THE COURT

[X]   To issue a warrant  
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On November 14, 2005, the defendant, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Incorporated. |

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 63377

2. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On November 21, 2005, the defendant, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Scientific Testing Laboratories, Incorporated.

3. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On December 7, 2005, the defendant, submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory. In addition, when questioned about the positive test the defendant admitted to this use and stated he was going to discuss it with this officer when he reported for his next urinalysis.

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be
[ ]   revoked.
[ ]   extended for _ years, for a total term of _ years.

[X]   The conditions of supervision should be modified as follows:

**The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as approved by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the probation officer, based on ability to pay, or availability of third party payment.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___19 DEC 05___

Frank Ardino  
U.S. Probation Officer  
Phone: 954-769-5643

THE COURT ORDERS:

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer  
US DJ MORENO