PROB 19a

SD/FL PACTS No. 63377

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.  0:00CR06083-001

FILED by ___ D.__

DEC 2 2 2005

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S D. OF FLA.

U.S.A. vs Michael Sutton

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |

| NAME OF SUPERVISED RELEASEE Michael Sutton | | SEX M | RACE Black | AGE 38 |
|---|---|---|---|---|
| ADDRESS (STREET,CITY,STATE) 114 NW 1 Avenue, Hallandale, FL 33009 | | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) Souther District of Florida | | DATE IMPOSED September 18, 2000 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) Southern District of Florida, Fort Lauderdale, Florida | | | | |
| | | | | |
| CLERK Clarence Maddox | (BY) DEPUTY CLERK | DATE 12-22-05 | | |

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

**"Upon the arrest of the defendant, he is to be brought before the Duty Magistrate ONLY for purposees of advising him on the charges against him and for appointment of counsel, if appropriate.  All other matters, including bond, will be held before Judge Moreno."**