


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
  Plaintiff
  -vs

CASE NUMBER: CR: 00-6083-CR-MORENO

REPORT COMMENCING CRIMINAL ACTION

SUTTON, MICHAEL
  Defendant

USMS NUMBER: 55255-004

FILED by _____ D.C.
MAG. SEC.
JAN 18 2006
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA.   MIAMI

TO: CLERK'S OFFICE  (MIAMI)  FT. LAUDERDALE  W. PALM BEACH
U.S. DISTRICT COURT         (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A

(1) DATE AND TIME OF ARREST: 1/18/05  AM ____ PM ____

(2) LANGUAGE SPOKEN: ENG

(3) OFFENSE (S) CHARGED: VIOL. SUPER RELEASE

(4) DATE OF BIRTH: 4/29/1967

(5) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
  { } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  {X} PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  ORINGINATING DISTRICT: ____

(6) REMARKS: ____

(7) DATE: 1/18/06   (8) ARRESTING OFFICER: DEL ROSARIO

(9) AGENCY: USMS   (10) PHONE: 305-536-5577

(11) COMMENTS: ____