# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by SC D.C.
JAN 2 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. 00-6083-CR-MORENO          Date: January 26, 2006

Clerk: **Shirley Christie**          Reporter: **Andy Schwartz**

USPO: Eugenie Huff          Interpreter: N/A

**UNITED STATES OF AMERICA vs.** MICHAEL SUTTON

AUSA: Alex Soto

Defendant(s) Counsel: Miguel Caridad, AFPD

**Defendant(s):**     Present **XXX**     Not Present_____     In Custody_____

Reason for hearing: **Supervised Release Violation Hearing**

Result of hearing: **Defendant admitted to violation. Supervised release was reinstated with special condition that defendant reside at a Community Treatment Center for 90 days followed by Outpatient Drug Treatment.**

MISC: _____

