UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6083-CR-MORENO



UNITED STATES OF AMERICA,
       Plaintiff,
vs.

MICHAEL SUTTON,
(J) #55255-004
       Defendant.  /

ORDER OF REINSTATEMENT
OF SUPERVISED RELEASE

On January 26, 2006, the defendant, Michael Sutton, appeared before the Court for a supervised release revocation hearing and the defendant admitted guilt to said violation. Therefore, it is

**ORDERED AND ADJUDGED** that the defendant is reinstated on supervised release. All previous conditions of supervised release will remain the same. It is further

**ORDERED AND ADJUDGED** that a special condition of supervised release will include 90 days at a Community Treatment Center (halfway house) followed by Outpatient Drug Treatment. The defendant will be permitted to work up to 50 hours per week.

**DONE AND ORDERED** in Open Court at Miami, Dade County, Florida this 26th day of January, 2206 and signed this _____ day of January, 2006.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE



Copies furnished to:

Alex Soto, AUSA
Miguel Caridad, AFPD
Eugenie Huff, USPO
U.S. Marshal (2 certified copies)
Bureau of Prisons (1 certified copy)