00-6083 cr

FAM

No further action required by
the U.S. Marshals Service.

Christina Pharo
UNITED STATES MARSHAL

by: _____
SDUSM ~~Edward Purchase~~ w. Pickering

*Copy given to xxx for Release*
*1/31/06*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6083-CR-MORENO



FILED by ___ D.C.

JAN 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D. OF FLA.

UNITED STATES OF AMERICA,
            Plaintiff,

vs.

MICHAEL SUTTON,
(J) #55255-004
_____Defendant.   /

ORDER OF REINSTATEMENT
OF SUPERVISED RELEASE

On January 26, 2006, the defendant, Michael Sutton, appeared before the Court for a supervised release revocation hearing and the defendant admitted guilt to said violation.  Therefore, it is

**ORDERED AND ADJUDGED** that the defendant is reinstated on supervised release.  All previous conditions of supervised release will remain the same.  It is further

**ORDERED AND ADJUDGED** that a special condition of supervised release will include 90 days at a Community Treatment Center (halfway house) followed by Outpatient Drug Treatment.   The defendant will be permitted to work up to 50 hours per week.

**DONE AND ORDERED** in Open Court at Miami, Dade County, Florida this 26th day of January, 2206 and signed this _____ day of January, 2006.

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By _____
                              Deputy Clerk

Date  1-30-06

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE