

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

-vs-

Sutton, Michael
Defendant

CASE NUMBER: CR- 00-6083-CR-Moreno

REPORT COMMENCING CRIMINAL ACTION

55255-004
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT    (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

1) DATE AND TIME OF ARREST: 2/21/07 - 11:45 ___ AM  X  PM

2) LANGUAGE SPOKEN: English

3) OFFENSE (S) CHARGED: Probation Violation

DATE OF BIRTH: ■■■/1967

TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
{ } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{X} PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: _____

REMARKS: X fer fr. Ft. Lauderdale

DATE: 2/21/07    (8) ARRESTING OFFICER: Quintana

AGENCY: USMS    (10) PHONE: 305-536-5672

COMMENTS: