UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6083-Cr-Moreno

UNITED STATES OF AMERICA,
        Plaintiff,

v.

MICHAEL SUTTON,
        Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Brian L. Stekloff.  Please direct any future inquiries, pleadings or correspondence to Brian L. Stekoff on behalf of the Defendant Michael Sutton.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

BY:    s/ Brian L. Stekloff
        Brian L. Stekloff
        Assistant Federal Public Defender
        Florida Bar No. A5501037
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1556
        Tel:  305-530-7000/Fax:  305-536-4559
        E-Mail Address: Brian_Stekloff@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2007, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

                s/ Brian L. Stekloff
                Brian L. Stekloff

J:\Sutton, Michael Reg55255-004\Pleadings\ECF-CM\ASSIGN.NOT