UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6083-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL SUTTON,

    Defendant.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been **set** for a

**SUPERVISED RELEASE VIOLATION HEARING**

on **WEDNESDAY, MARCH 14, 2007 at 10:30 A.M.**

before the Honorable **Federico A. Moreno**, United States District Judge, in Courtroom 4, 10th Floor, Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132.

Dated: 3/2/2007

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Shirley Christie
    Deputy Clerk

cc:
AUSA(s)
Laurence M. Bardfeld
Defendant's Counsel:
Brian Stekloff, AFPD
John E. Minnelli, USPO

N:\MYFILES\orderscriminal\00-6083(supervisedreleasehearing).wpd\kntchrg.FAM.wpt\sk\1/2000