# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. 00-6083-CR-MORENO            Date: March 14, 2007

Clerk: **Shirley Christie**            Reporter: **Lisa Edwards**

USPO: John Minnelli            Interpreter: N/A

**UNITED STATES OF AMERICA vs.** Michael Sutton

AUSA: Laurence Bardfeld

Defendant(s) Counsel: Brian Stekloff, AFPD.

**Defendant(s):**   Present **XX**   Not Present_____   In Custody_____

Reason for hearing: **Supervised Release Violation Hearing**

Result of hearing: **Defendant admitted guilt to all violations. Supervised release revoked. Defendant sentenced to 6 months imprisonment. Credit for time served since arrest on this matter. No further supervision to follow.**

MISC: _____

TIME: 10 minutes