UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6083-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL SUTTON,
Reg. #55255-004

**JUDGMENT & COMMITMENT UPON
VIOLATION OF SUPERVISED RELEASE**

_____   Defendant.   /

It appearing to the Court that on **September 18, 2000,** the Defendant, **Michael Sutton,** was originally sentenced to a period of **64 months incarceration** followed by a three-year term of supervised release. All other aspects to remain the same thereby placing the above-named defendant on supervised release pursuant to the Sentencing Reform Act of 1984, and Acts amendatory thereof, the Defendant having been duly brought before the Court for a hearing upon the petition of the United States Probation Officer.

On 03/14/07, the defendant, Michael Sutton, appeared before the Court and the defendant admitted guilt to all violations of the petition. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby _**REVOKED**_. It is further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a period of **six (6) months.** The defendant will receive credit for time served since his arrest on this matter. NO FURTHER SUPERVISION TO FOLLOW.

**DONE AND ORDERED** in Open Court on 03/14/07 at Miami, Dade County, Florida and signed this 16th day of March, 2007.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Laurence Bardfeld, AUSA
Brian Stekloff, AFPD
U.S. Marshal (2 certified copies)
Bureau of Prisons (1 certified copy)
USPO John Minnelli